# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MICHAEL K. BROOKS
ADC #142122                                                                    PLAINTIFF

v.                          Case No. 4:16-cv-00847 KGB/JJV

JAMES MEADOUGH, Sergeant,
Wrightsville Unit, et al                                                       DEFENDANTS

## ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Joe J. Volpe (Dkt. No. 24). Plaintiff Michael K. Brooks has filed no objections to the Proposed Findings and Recommendations, and the time to do so has passed. After careful review of the Proposed Findings and Recommendations, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

It is therefore ordered that:

1. Defendant Foote is dismissed from this cause of action without prejudice for Mr. Brooks's failure to exhaust his administrative remedies before filing suit against him.

2. Defendants Meadough and Laminack's motion to dismiss is granted with respect to Mr. Brooks's claims 1, 3, 4, and 7 (Dkt. No. 9).

3. Defendants Meadough and Laminack's motion to dismiss is denied with respect to Mr. Brooks's claims 2, 5, and 6 (Dkt. No. 9).

4. Defendant Jones's motion to dismiss is denied (Dkt. No. 18).

5. The Clerk shall amend the docket to reflect the correct spelling for defendants Jason Meadough, Daniel Laminack, and Maxcie Foote.

So ordered this 13th day of September, 2017.

_____
Kristine G. Baker
United States District Judge