IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL K. BROOKS
ADC #142122                                                                                      PLAINTIFF

v.                              Case No. 4:16-cv-00847-KGB/JJV

JASON MEADOUGH, Sergeant,
Wrightsville Unit; et al                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Michael K. Brooks' complaint is dismissed consistent with the Orders entered in this matter.

So adjudged this 26th day of March, 2019.

_____
Kristine G. Baker
United States District Judge